**In the Interest of K.T., J.T., and A.T.**

**No. 73046.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

July 21, 1998.

Edward J. Grewach, Thomas B. Burkemper, Troy, for appellant.

G. John Richards, William W. Cheeseman (guardian ad litem), Troy, for respondent.

Before AHRENS, P.J., and CRANDALL and RHODES RUSSELL, JJ.

### *ORDER*

PER CURIAM.

Mother and father appeal from the trial court's judgment terminating their parental rights to K.T., J.T., and A.T. We find that the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).